**CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

LUIS SANDOVAL,

          Plaintiff(s),

v.

HERITAGE PHARMACEUTICALS, INC., et al.,

          Defendant(s).

Civil Action No: 20-14714MCA)

**ORDER DISMISSING CASE**
**Pursuant to F.R. Civ. P. 4(m)**

It appearing that the above captioned action having been pending for more than 90 days and the Court having noticed plaintiff for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed.

**It is on this 13th day of August, 2021;**

**O R D E R E D** that the above captioned action be and is hereby dismissed, as to all defendant(s), pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

    s/Madeline Cox Arleo
**HON. MADELINE COX ARLEO**
United States District Judge